Miguel A. Custodio, Jr. (SBN 248774)
custodio@custodiolaw.com
Vineet Dubey (SBN 243208)
dubey@custodiolaw.com
LAW OFFICES OF MIGUEL A. CUSTODIO, JR.
3055 Wilshire Blvd., Suite 480
Los Angeles, California 90010
Telephone: (213) 785-2909
Facsimile: (213) 785-2899

James Kawahito (SBN 234851)
Email: jkawahito@kswlawyers.com
Shawn C. Westrick (SBN 235313)
Email: swestrick@kswlawyers.com
KAWAHITO SHRAGA & WESTRICK LLP
1990 South Bundy Drive Ste. 280
Los Angeles, California 90025
Telephone: (310) 746-5300
Facsimile: (310) 593-2520

Attorneys for Plaintiff Timothy Vondersaar and Class Members

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY VONDERSAAR, individually, and on behalf of other members of the general public similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> STARBUCKS CORPORATION, a Washington corporation, and DOES 1-10, <br><br> Defendants. | Case Number: CV 12-05027 DDP (FMOx) <br><br> **PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF FROM LOCAL RULE 23-3** <br><br> [Filed concurrently with the Memorandum of Points and Authorities; the Declaration of Vineet Dubey; and [Proposed] Order] |

1. Plaintiff Timothy Vondersaar (hereinafter "Plaintiff") hereby applies to the Court *ex parte* for an order waiving Local Rule 23-3's 90-day time limit for filing a motion for class certification. The undersigned counsel has advised counsel for Defendant that this *ex parte* request will be made to this Court. Defendant's counsel intends to oppose this application.

Good cause warrants that this matter be heard on an *ex parte* basis. Plaintiff has not made any previous requests for extension of time for any matter in this action. Pursuant to Local Rule 23-2, Plaintiff's motion for class certification is presently due on September 10, 2012 and the deadline has not yet expired; however, Plaintiff needs additional time to prepare such a proceeding because substantive, pre-certification discovery is necessary before any motion for certification can be properly filed. Plaintiff will be irreparably prejudiced if he is required to bring this matter on a noticed motion due to the approaching September 10, 2012, deadline.

Plaintiff respectfully requests that the Court waive Local Rule 23-3 and reset Plaintiff's deadline to file his intended motion for class certification at the Scheduling Conference on August 27, 2012. Defendant's counsel's contact information is as follows:

> Greg Hurley
> Greenberg Traurig, LLP
> 3161 Michelson Drive, Suite 1000
> Irvine, CA 92612
> Telephone: (949) 732-6500
> Facsimile: (949) 732-6501
> Email: hurleyg@gtlaw.com

//
//
//
//
//

- 2 -

1      This Application is based on a Memorandum of Points and Authorities and the
2 attached Declaration of Vineet Dubey filed simultaneously herewith.

4 Dated: July 24, 2012                      Respectfully Submitted,

By: /s/ Vineet Dubey
Vineet Dubey, Esq.
LAW OFFICES OF MIGUEL A.
        CUSTODIO, JR.
Attorneys for Plaintiff/Class Members