Miguel A. Custodio, Jr. (SBN 248774)
custodio@custodiolaw.com
Vineet Dubey (SBN 243208)
dubey@custodiolaw.com
LAW OFFICES OF MIGUEL A. CUSTODIO, JR.
3055 Wilshire Blvd., Suite 480
Los Angeles, California 90010
Telephone: (213) 785-2909
Facsimile: (213) 785-2899

James Kawahito (SBN 234851)
Email: jkawahito@kswlawyers.com
Shawn C. Westrick (SBN 235313)
Email: swestrick@kswlawyers.com
KAWAHITO SHRAGA & WESTRICK LLP
1990 South Bundy Drive Ste. 280
Los Angeles, California 90025
Telephone: (310) 746-5300
Facsimile: (310) 593-2520

Attorneys for Plaintiff Timothy Vondersaar and Class Members

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY VONDERSAAR, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington corporation, and DOES 1-10,<br><br>Defendants. | Case Number: CV 12-05027 DDP (FMOx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF FROM LOCAL RULE 23-3** |

# ORDER

Having read and considered Plaintiff's *Ex Parte* Application for Relief from Local Rule 23-3, the Memorandum of Points and Authorities, in support thereof, the Declaration of Vineet Dubey, and good cause appearing to the Court, it is hereby ORDERED that Plaintiff is relieved from Local Rule 23-3. The deadline for Plaintiff to file his Motion for Class Certification will be set at the Scheduling Conference.

Dated: July __, 2012

_____
Dean D. Pregerson
United States District Judge