UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV 12-5027-DDP(AJWx)                 Date: January 28, 2013

Title : TIMOTHY VONDERSAAR VS. STARBUCKS CORPORATION

Present: The
 Honorable     ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | CS 01-28-2013 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant

     James K. Kawahito                   Michael J. Chilleen
     Vineet Dubey

**Proceedings:**     1) PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS; REQUEST FOR SANCTIONS [#20]; 2) PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES; REQUEST FOR SANCTIONS[#18]; 3) PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS; REQUEST FOR SANCTIONS [#19]; 4) PLAINTIFF'S EX PARTE APPLICATION TO ESTABLISH FORMAL MEET AND CONFER PROTOCOL [#30]

Case called.  Counsel make their appearances. Court questions counsel and listens to their responses. Plaintiff's motion to compel further responses to plaintiff's first set of requests for admissions [#20] is denied.  Court directs counsel to meet and confer on the remaining motions in attempt to resolve them during a recess.

LATER AND ON THE RECORD: Plaintiff's counsel states on the record the matters upon which the parties have agreed.

Plaintiff's ex parte application to establish a meet and confer protocol [#30] is granted.  The parties will meet and confer in the manner stated on the record.

Assuming that the parties' anticipated joint proposal for a postponement of the deadline for seeking class certification for early resolution of the standing issue will be adopted by the trial judge, plaintiff's motion to compel further responses to first set of interrogatories [#18] and plaintiff's motion to compel further responses to first set of requests for production of documents [#19] are denied without prejudice.  The parties agree that there is no need for a ruling on these two motions at this time.

After the standing issue is resolved, the parties may contact the clerk to schedule a status conference regarding discovery.   Prior to the status conference, the parties shall submit a letter identifying what

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

the matters the parties propose to address during the status conference.  The list may include resurrecting the motions to compel further responses to interrogatories or requests for production [#18 and #19], or the filing of a new motion or motions concerning some or all of the same topics, among other things.

cc: Parties

|  | : | 56 |
|---|---|---|
|  | Initials of Preparer | yb |