UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 12-05027 DDP (AJWx) | Date | September 21, 2016 |
| Title | TIMOTHY VONDERSAAR -V- STARBUCKS CORP., et al | | |

| Present: The Honorable | DEAN D. PREGERSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Patricia Gomez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:

MINUTE ORDER (IN CHAMBERS)

    The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claim.  See 28 U.S.C. § 1367(c); Oliver v. Ralphs Grocery Co., 654 F.3d 903, 911 (9th Cir. 2011).  Defendant's Motion to Dismiss is GRANTED (Dkt. No. 208).  Plaintiff's state law claim is DISMISSED, without prejudice. (JS-6)

| | : | N / A |
|---|---|---|
| | Initials of Preparer | PG |