UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 08 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TIMOTHY VONDERSAAR, individually and on behalf of other members of the general public similarly situated; et al.,

        Plaintiffs - Appellants,

  v.

STARBUCKS CORPORATION, a Washington corporation,

        Defendant - Appellee.

No. 16-56555

D.C. No. 2:12-cv-05027-DDP-AJW
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered April 16, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $94.00.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Jessica F. Flores Poblano
        Deputy Clerk
        Ninth Circuit Rule 27-7